COURT OF APPEAL, THIRD CIRCUIT
Consolidated with 06-766 and 06-960

INTEGRITY CONTRACTING

VERSUS

LOUISIANA WORKERS COMPENSATION CORPORATION

**********

APPEAL FROM THE
OFFICE OF WORKER'S COMPENSATION
DISTRICT FOUR,  NO. 05-00673
HONORABLE SHARON MORROW, JUDGE

**********

**OSWALD A. DECUIR**
**JUDGE**

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Jimmie C. Peters, Judges.

                                                APPEAL DISMISSED.

**Janice Barber**
**The Janice H. Barber Law Corporation**
**505 Loire Avenue, Suite A**
**Lafayette, LA 70507**
**(337) 896-5420**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
        **Antonio Rodriguez**

**Robert Martina**
**Gallow & Jeffcoat, L.L.P.**
**Post Office Box 61550**
**Lafayette, LA 70596**
**(337) 984-8020**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
        **Integrity Contracting**

**Deborah E. Lamb**
**Taylor, Porter, Brooks & Phillips**
**Post Office Box 2471**
**Baton Rouge, LA 70821**
**(225) 387-3221**
**COUNSEL FOR DEFENDANT/APPELLANT:**
      **Louisiana Worker's Compensation Corporation**

**Kirk Landry**
**Keogh, Cox & Wilson, Ltd.**
**Post Office Box 1151**
**Baton Rouge, LA 70821**
**(225) 383-3796**
**COUNSEL FOR DEFENDANT/APPELLEE:**
      **Vaughan Roofing & Sheet Metal, Inc.**

**Sylvia Fordice**
**Louisiana Department of Justice**
**556 Jefferson Street, 4th floor**
**Lafayette, LA 70501**
**(337) 262-1700**
**COUNSEL FOR DEFENDANT/APPELLEE:**
      **State of Louisiana**

**DECUIR**, Judge.

For the reasons assigned in our opinion in the appeal bearing our docket number 06-766, on our own motion we hereby dismiss the appellant's appeal at appellant's cost. This court lacks appellate jurisdiction of this matter.


**APPEAL DISMISSED.**